Argued and submitted January 21, reversed and remanded with instructions;
otherwise affirmed February 25, 1998

STATE OF OREGON,
*Respondent,*

*v.*

TYREE DUANE HARRIS,
*Appellant.*

(94-11-37777; CA A92952)

955 P2d 338

Marc Blackman argued the cause for appellant. On the brief were Lisa A. Maxfield and Ransom, Blackman & Maxfield.

Jonathan Fussner argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General and Timothy A. Sylwester, Assistant Attorney General.

Before Landau, Presiding Judge, and Deits, Chief Judge and Leeson, Judge.

PER CURIAM

Reversed and remanded with instructions to allow demurrer on ORICO charge; otherwise affirmed. *State v. Fair*, 145 Or App 96, 929 P2d 1012 (1996), *rev allowed* 325 Or 45 (1997).